Certificate Number: 05781-PAE-DE-028727509

Bankruptcy Case Number: 16-18414



05781-PAE-DE-028727509

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 7, 2017, at 6:44 o'clock AM PST, Eric Gidney completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 7, 2017               By:    /s/Allison M Geving

                                       Name:  Allison M Geving

                                       Title: President