IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Eric M. Gidney | : | Chapter 13 |
| | Debtor | : | Bankruptcy No.: 16-18414-mdc |

### PRAECIPE TO WITHDRAW APPLICATION FOR COMPENSATION [DOCUMENT NO. 19] FILED ON MAY 11, 2017

TO THE CLERK:

Kindly withdraw the application for compensation filed by Debtor's Counsel on May 11, 2017 [Document No. 19].

LAW OFFICE OF STEPHEN J. ROSS

By:  */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
152 E. High Street, Suite 100
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
Date: September 14, 2017    JQuinn@SJR-LAW.com